# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | CS-2 |
| Violation Number | 4353609 |
| Officer Name (Print) | GOTT |
| Officer No. | 2324 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 02/15/2015/0940 |
| Offense Charged | 11350 HRS (State Code) |
| Place of Offense | CRISTIANITOS GATE BUILDING 620505, MCB CAMP PENDLETON |
| Offense Description | SIMPLE POSSESSION OF MARIJUANA |

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Last Name | SMITH |
| First Name | JOCK |
| MI | A |
| Street Address | [REDACTED] |

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 7GQX326 | CA | 03 | HON/CIVIC | BLACK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

| | |
|---|---|
| 15 - 00818 | Forfeiture Amount |
| | + $25 Processing Fee |
| PAY THIS AMOUNT → | Total Collateral Due |

### YOUR COURT DATE

| Court Address | Date | Time |
|---|---|---|
| 221 WEST BROADWAY SAN DIEGO CA 92101 | TBD | TBD |

X Defendant Signature: [signed]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 FEBRUARY, 20 15 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WHILE PERFORMING MY DUTIES AS GATE SENTRY ON MCB CAMP PENDLETON I WAS APPROACHED BY A BLACK HONDA CIVIC WITH CALIFORNIA REGISTRATION 7GQX326. THE SAID VEHICLE WAS SELECTED FOR OUR RANDOM ANTI-TERRORISM DEFENSE MEASURE (RAM) BY RANDOM TO BE SEARCHED. UPON FURTHER INVESTIGATION MARINE CORPS POLICE DEPARTMENT DISCOVERED (2) MARIJUANA CIGARETTES WITHIN THE VEHICLE. THEY WERE LOCATED THE BLACK PASSENGER FLOOR ADJACENT TO THE CENTER CONSOLE AND THE FRONT DRIVER SIDE FLOOR UNDERNEATH THE CENTER CONSOLE IN THE VEHICLE.

15 - 00818

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/15/2015 [signed]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident